UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 14-1969 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: County of Grayson, Virginia; The County of Carroll, Virginia; Richard Vaughn

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/ Cullen D. Seltzer
(signature)

Cullen D. Seltzer                               804-783-7235
Name (printed or typed)                         Voice Phone

Sands Anderson PC                               804-783-7291
Firm Name (if applicable)                       Fax Number

P.O. Box 1998

Richmond, Virginia 23218                        cseltzer@sandsanderson.com
Address                                         E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on 09/30/2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| |  |
|---|---|
| Gregory J. Haley, Esq. (VSB # 23971)<br>Gregory D. Habeeb, Esq. (VSB # 46926)<br>Gentry Locke Rakes & Moore, LLP<br>P.O. Box 40013<br>Roanoke, VA 24022-0013<br>Counsel for defendants Ra-Tech Services, Inc. and John T. Spane | Dale W. Sutphin<br>2531 Highway 145<br>Lilesville, NC 28091<br>(pro se) |

/s/ Cullen D. Seltzer                           09/30/2014
Signature                                       Date

05/07/2014
SCC